# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LINDA S. JARAMILLO

V.

HARRAH'S ENTERTAINMENT, INC.; and
DOES 1 through 10, inclusive,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv2559-JM(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendant's motion to dismiss..........................................................
........................................................................................................................................................

| February 17, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON February 17, 2010